**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| FIRST SOLAR, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TRINA SOLAR CO., LTD., TRINA SOLAR (U.S.) INC., TRINAL SOLAR ENERGY DEVELOPMENT COMPANY LTD., TRINA SOLAR SCIENCE & TECHNOLOGY (THAILAND) LTD., CHANGZHOU TRINA SOLAR ENERGY CO., LTD., TRINA SOLAR YIWU TECHNOLOGY CO., LTD., T1 ENERGY INC., AND T1 G1 DALLAS MIDCO INC.,<br><br>Defendants. | ) | C.A. No. 26-210-JLH |

**[PROPOSED] ORDER GRANTING DEFENDANTS'**
**MOTION TO STAY ALL PROCEEDINGS**

At Wilmington this _____ day of __________, 2026, having reviewed the Motion of Defendants Trina Solar Co., Ltd., Trina Solar (U.S.) Inc., Trina Solar Energy Development Company Ltd., Trina Solar Science & Technology (Thailand) Ltd., Trina Solar (Changzhou) Co., Ltd., Trina Solar Yiwu Technology Co., Ltd**.** to Stay All Proceedings pursuant to 28 U.S.C. § 1659(a) and the Court's inherent authority;

IT IS HEREBY ORDERED that:

1. The foregoing Motion is GRANTED.

2. All proceedings in this action are stayed until the determination of the United States International Trade Commission in the investigation entitled *Certain TOPCon Solar Cells, Modules, Panels, Components Thereof, and Products Containing the Same,* Inv. No. 337-TA-1494, becomes final.

3. Upon the conclusion of Investigation No. 337-TA-1494, any party may move for an order lifting the stay.

___________________________________

The Honorable Jennifer L. Hall